Argued and submitted April 10, reversed and remanded October 2, 1991

# STATE OF OREGON,
*Appellant,*

*v.*

# DORRIS ELIZABETH CLUTE,
*Respondent.*

(529710; CA A66677)

817 P2d 297

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Paul A. Dakopolos, Salem, argued the cause for respondent. With him on the brief was Garrett, Seideman, Hemann & Robertson, P.C., Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded. *State v. Burke,* 109 Or App 7, 818 P2d 511 (1991).